**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 10-60154-WSD |
| Kenneth J. Shepherd, Jr. & Lisa L. Shepherd, Debtor(s). | JUDGE WALTER SHAPERO |

_____/

## TRUSTEE'S OBJECTION TO DEBTOR'S PROPOSED POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to the debtor's proposed post-confirmation plan modification and states as follows:

1. The debtors filed for Chapter 13 relief on July 22, 2010. This matter was confirmed on February 4, 2011, which proposed bi-weekly payments of $1,080.13 for thirty-six (36) months and 8% dividend to unsecured creditors. The terms of the confirmed Plan also requires the debtor(s) to remit 100% of future income tax refunds to the Trustee for the benefit of creditors.

2. On April 15, 2014, the debtor filed a post confirmation plan modification requesting to:

   a. extend the plan length from 36 months to 42 months.
   b. reduce the dividend to class eight general unsecured creditors to 8%.
   c. to use their balance on hand of $2,168.18 to cure their delinquency in the amount of $990.90.

3. The debtors propose in the plan modification to use their balance on hand in order to cure their delinquency. The Trustee requests that the debtors provide clarification regarding this request and to provide additional information regarding the balance on hand that the debtors are referring to. All payments paid into the case are required payments for the case and cannot be used to cure a delinquency. The Trustee requests that the debtors remit additional funds to cure the delinquency in the amount of $990.91.

4. The Trustee objects to the debtor's Plan modification, as the modification fails to address how the debtor will cure the current delinquency in Plan payments of $990.91. The Trustee requests that the debtors cure this default over the remaining months of the Plan.

5. The debtors received a tax refund in the amount of $527.00 in 2010. The Trustee requests that the debtors remit the tax refund pursuant to the confirmed plan.

6. The Trustee further notes that the debtor is obligated to remit 100% of future income tax refunds to the Plan. The Trustee states that it has not received any tax refunds or any information regarding the debtor(s) tax returns since Confirmation. The Trustee request copies of the debtors' 2011, 2012 and 2013 federal income tax returns to verify what amount, if any, is to be remitted to the Trustee pursuant to the terms of the confirmed Plan.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny the debtor's proposed plan modification and/or grant any relief this Court deems to be just and appropriate.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

May 2, 2014

**/s/ TAMMY L. TERRY_____**
**/s/ TAMMY L. TERRY (P-46254)**
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS - KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
                   CASE NO. 10-60154-WSD
Kenneth J. Shepherd, Jr. & Lisa L. Shepherd,  JUDGE WALTER SHAPERO
Debtor(s).
_____/

**CERTIFICATE OF MAILING**

I hereby certify that on May 5, 2014, a copy of **TRUSTEE'S OBJECTIONS TO DEBTOR'S POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION** was electronically filed with the Clerk of the Court, served via Electronic Court Filing and/or a copy of same was deposited in the U.S. Mail to debtor's(s)' attorney (if any) or the debtor(s), if unrepresented, at the address as it appears below.

*/s/ Patrice N. Watson*
Legal Assistant
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

WILLIAM C BABUT PC
700 TOWNER STREET STE 1
YPSILANTI MI 481980000

KENNETH J. SHEPHERD, JR. & LISA L. SHEPHERD
5731 SEYMOUR ROAD
JACKSON MI 492010000